UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 2:07-005 |
| | ) | |
| ELMODEST GIBBS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Nathan T. Williams,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Nathan T. Williams** be granted leave of absence for the following period: **April 28, 2015 through May 3, 2015.**

This 17th day of April, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia